# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 19-1230**  **September Term, 2023**

EPA-84FR51310
NHTS-84FR51310

Filed On: July 25, 2024

Union of Concerned Scientists, et al.,

    Petitioners

    v.

National Highway Traffic Safety Administration,

    Respondent

------------------------------

American Fuel & Petrochemical Manufacturers, et al.,
    Intervenors

------------------------------

Consolidated with 19-1239, 19-1241, 19-1242, 19-1243, 19-1245, 19-1246, 19-1249, 20-1175, 20-1178

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that the above-captioned consolidated cases are dismissed. No mandate will issue.

                                    FOR THE COURT:
                                    Mark J. Langer, Clerk

                            BY:   /s/
                                    Emily Campbell
                                    Deputy Clerk