IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SOUTH COAST AIR QUALITY MANAGEMENT, et al.,<br><br>Petitioners,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents. | Case Nos. 19-1241; 19-1230; 19-1239; 19-1242; 19-1243 |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Nicholas J. Bronni, counsel for Intervenor, respectfully moves to withdraw as an attorney of record in this matter. Mr. Bronni will be leaving the employment of the Office of the Arkansas Attorney General effective December 31, 2024, to begin service as an Associate Justice of the Arkansas Supreme Court. Intervenor will continue to be represented by the other counsel of record from the Office of the Arkansas Attorney General.

Respectfully Submitted,

TIM GRIFFIN
Arkansas Attorney General

1

Nicholas J. Bronni
Solicitor General
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302
nicholas.bronni@arkansasag.gov

# CERTIFICATE OF SERVICE

I certify that on December 30, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

/s/ *Nicholas J. Bronni*
Nicholas J. Bronni